IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:24-cv-00023-FL

HDI GLOBAL SPECIALTY SE,

    Plaintiff,

v.

PRESIDIA GENERAL CONTRACTING, INC.; WATERFORD CONTRACTING II, LLC; TAFT-WARD INVESTMENTS, LLC,

    Defendants.

## ORDER GRANTING PLAINITFF'S MOTION TO FILE UNDER SEAL

This matter came before the Court on Plaintiff HDI Global Specialty SE's Motion to File Under Seal filed on November 15, 2024 (the "Motion"). The Motion seeks leave to file under seal the following documents:

(i)     The deposition transcript of HDI's Rule 30(b)(6) designee Aaron McWilliams;

(ii)     The deposition transcript of HDI's Rule 30(b)(6) designee Isaac Franks.

(iii)     The corresponding deposition exhibits marked as "Confidential", which are Exhibits 16, 17, 18 and 24.

(collectively, the "Filings").

THE COURT, having considered the Motion and other appropriate matters of record, hereby GRANTS the Motion. The Court finds that the foregoing materials at issue contain sensitive and confidential business information, and that no reasonable alternatives to sealing exist. THEREFORE, IT IS ORDERED that the Filings shall be submitted and kept under seal.

IT IS SO ORDERED, this the 26th day of November, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge